UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. C-10-777-3 |
| | § | |
| LILLIANA VILLAREAL | § | |

**MEMORANDUM OPINION AND ORDER DENYING WITHOUT PREJUDICE ORAL MOTION TO REOPEN DETENTION HEARING**

The court has reviewed a recording of the proceedings occurring before Hon. Peter Ormsby in McAllen. No new evidence has been presented since the defendant appeared before Judge Ormsby. Defendant's oral motion to re-open the proceedings is denied without prejudice for the same reasons given by Magistrate Judge Ormsby on the record during the detention hearing in this case. The defendant may move to re-open the issue of detention if she is able to produce: (1) a co-surety approved by Pretrial Services; (2) a third party custodian approved by Pretrial Services; (3) stable living arrangements approved by Pretrial Services; and (4) a cash deposit of at least $1,000.

ORDERED this 8th day of September, 2010.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE